**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION

MDL No. 15-md-2666 (JNE/DTS)

This Document Relates to:
Robin Kleppe, Sr.,
v.
3M Company, et al.,
25-cv-970

**REPORT AND RECOMMENDATION**

Plaintiff Robin Kleppe Sr.'s Bair Hugger case was selected as one of 150 to be worked up for trial. Defendants request this case be dismissed for failure to prosecute based on Kleppe's failure to comply with his discovery obligations. Dkt. No. 28.

Under Federal Rule of Civil Procedure 41(b), a defendant may move to dismiss an action "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b). "MDL courts must be given greater discretion to organize, coordinate and adjudicate its proceedings, including the dismissal of cases for failure to comply with its orders." *In re Guidant Corp. Implantable Defibrillators Prods. Liab. Litig.*, 496 F.3d 863, 867 (8th Cir. 2007).

In May 2026, Defendants reported that Kleppe had not provided deposition dates for nearly four months. Dkt. No. 19. The Court ordered Kleppe to offer deposition dates by May 20, 2026, with the deposition to occur before May 20, 2026. Dkt. No. 20. Kleppe failed to comply with that discovery order. Dkt. No. 21. Kleppe's counsel responded that she had repeatedly attempted to contact Kleppe without success. Dkt. No. 22. In June 2026, the Court once again ordered Kleppe to provide deposition dates on or before June 30, 2026, warning that the Court would recommend dismissal for failure to prosecute if

he failed to comply. Dkt. No. 23. Kleppe once again failed to comply. Dkt. No. 24. The Court then gave Kleppe one last chance to provide deposition dates on or before July 17, 2026. Dkt. No. 26. Kleppe failed to comply with that order as well. Dkt. No. 27. His repeated failure to comply with discovery orders merits dismissal under Rule 41(b).

Despite remaining unable to reach Kleppe, his counsel requests that his case instead "be paused." Dkt. No. 27. Kleppe fails to cite any authority or rule to support this request for a pause. Nor does Kleppe explain why a stay of this case would be appropriate given his repeated failure to comply with court orders.

For the reasons set forth above, the Court RECOMMENDS THAT: This action be DISMISSED without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Dated: August 3, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge

**NOTICE**

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court. It is not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set for in LR 72.2(c).